UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-3237-MWF(JEMx)**                    Date: **August 18, 2017**

Title:    Construction Laborers Trust Funds for Southern California Administrative Company -v- Syl Construction Corporation, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:
              None                                  None

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

The Court's Minute Order entered August 2, 2017 (*see* [110]) denied Third-Party Plaintiff, Suretec Insurance Company's Motion for Default Judgment [109], but permitted a renewed and properly noticed motion, with proper supporting documentation, to be re-filed no later than August 14, 2017. The motion has not been renewed.

Therefore, the Third-Party Plaintiff, Suretec Insurance Company, is ordered to show cause, in writing, no later than **September 1, 2017**, why its third-party action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause: **A motion for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b).**

Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.